# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1946
LT Case Nos. 2015-CF-003726-AX
2015-CF-003264-AX
2021-CF-004142-AX

_____

MICHAEL FITCH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Marion County.
Anthony Michael Tatti, Judge.

Jessica J. Travis, of DefendBrevard.com, Melbourne, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A.
Pallas, Jr., Assistant Attorney General, Daytona Beach, for
Appellee.

October 31, 2023

PER CURIAM.

AFFIRMED.

WALLIS, EISNAUGLE, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____